# AFFIDAVIT

I, Detective Robert Evans, being duly sworn, state under oath that:

1. I am a Detective with the Kansas City Missouri Police Department (KCMOPD), and I am currently assigned to the Kansas City Career Criminal Task Force (KCCTF), specifically the Homicide and Aggravated Assault Long Term Offender Squad (HALO), under the Federal Bureau of Investigation (FBI) and assigned as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). I have been employed with KCMOPD since 1998 and have been assigned to the Special Investigations Division since 2004 performing Tactical Operations and conducting long term Narcotic Investigations. I have also been assigned to the Federal Bureau of Investigation (FBI) Violent Crime Gang Task Force and Violent Crimes Squad. In connection with my official duties, I have investigated criminal violations of Titles 18 and 21 of the United States Code. Based upon my investigation, I believe the following to be true and correct.

2. This Affidavit contains information necessary to support probable cause for this application. It is not intended to include every fact or matter observed by me or known by law enforcement. The information provided is from my participation in this investigation as well as from reviewing investigative reports, physical evidence obtained during the investigation, my review of records and documents, from discussions with others, including law enforcement officers, and from my personal knowledge, training, and experience.

3. On April 15, 2023, at 1:28 a.m., officers with the Kansas City, Missouri Police Department (KCMOPD) responded to West 40th Street and Washington Avenue, Kansas City, Missouri, Western District of Missouri, near the Westport entertainment district, regarding a shots-fired call. Upon arrival, a male victim was located suffering from several apparent gunshot wounds. The victim was confirmed deceased at the scene.

4. Surveillance video from the Westport area was obtained and revealed two suspects that arrived in a red Toyota Highlander, bearing a Kansas (KS) license plate (herein after referred to as the "suspect vehicle"). The suspect vehicle was captured backing into a parking space in a parking lot near Southwest Trafficway and Mill Street, located in the Westport area. Two unknown males are observed getting out of the vehicle. One male was dressed in a dark colored top with light colored pants and a multi-colored face/head covering, while the other male was dressed in a gray coat with a hood, black shirt and dark pants.

5. At 1:22 a.m. the suspect vehicle was captured pulling into a parking lot near West 40th and Washington Avenue, located in the Westport area, where the same two occupants, identifiable by their clothing, are captured getting out of the vehicle and walking toward the north end of the parking lot.

6. At approximately 1:22 a.m., additional surveillance cameras captured the same two suspects, identifiable by their clothing, exchanging in gunfire with the victim at the intersection of West 40th and Washington Avenue where the victim is later confirmed deceased. The suspects are captured fleeing northbound and then split up near the intersection of West 40th and Pennsylvania Avenue. The suspect wearing the dark colored top and light-colored pants is captured re-entering

2

the suspect vehicle and picking up the other suspect near the intersection in which they had previously parted ways. The suspect wearing the gray coat is captured hiding behind a vehicle, moments prior to being picked up by the suspect vehicle.

7. Multiple spent shell casings were recovered in the north parking lot where the two suspects were originally seen. Several vehicles, aligned in a row in the parking spaces, were damaged in what appeared to be an exchange of gunfire across the vehicles. Included in the spent shell casings were 7.62 Tulammo rifle casings and 10mm casings.

8. On April 20, 2023, a felony vehicle alert was placed on the suspect vehicle into the Law Enforcement database. Contact was made with a Kansas City, Kansas Police Department (KCKSPD) Gang Squad Detective who advised the known driver of the suspect vehicle was Ban Nar TO (A/M, DOB: 7/28/2003). Gang Squad detectives advised TO is a known associate of the "Money Gang," an active violent gang in Kansas City, Kansas, and has been involved in other violent criminal investigations in Kansas City, Kansas.

9. On April 21, 2023, homicide detectives with KCMOPD were notified by uniformed Officers of KCMOPD, the suspect vehicle had been stopped near East 45th and Benton Blvd in Kansas City, Western District of Missouri. The driver and sole occupant of the vehicle, TO, consented to being transported by police vehicle to speak with Detectives at KCMOPD Headquarters (HQ). TO was not under arrest nor was he placed in handcuffs.

10. The suspect vehicle was towed to the Kansas City Tow Lot located at 7750 East Front Street in Kansas City, Jackson County, Missouri, in anticipation of a search warrant and to be processed at a later time. The vehicle was placed in a secure portion of the lot.

11. TO was escorted to an interview room at KCMOPD HQ where he provided a voluntary statement. TO said he is the primary driver of the vehicle and on occasion his father drives the vehicle. TO has not loaned the vehicle to anyone and specifically did not loan it to anyone a week prior. TO said the vehicle had not been stolen in the last week. TO further stated he and his father are the only ones who have keys to the suspect vehicle.

12. On April 21, 2023, a Search Warrant, authorized by the Honorable Judge Rodecap of the 16th Circuit Court of Jackson County, was executed on the suspect vehicle. Discovered underneath the driver's seat was a loaded Taurus, Model PT1911, .45 caliber handgun bearing serial number ADH624298. The handgun was revealed to be stolen out of Kansas City, Missouri in 2023. To the left of the steering wheel, in a small compartment attached to the dash, a clear plastic zip lock bag containing light blue pills was observed. Upon looking more closely, the pills had the imprint "M" and "30," the commonly known imprint of fentanyl pills. In the same compartment as the pills, Investigators observed nine (9x) Glock conversion switches. These switches are used to convert a semi-automatic Glock handgun to function as a fully automatic handgun.

13. In the locked glove compartment of the suspect vehicle, which had to be opened by the use of the ignition key, three additional loaded firearms were located:

- A Glock, Model 19, 9mm caliber handgun, bearing serial number BPZY971. The serial on the handgun revealed it to be stolen out of Kansas City, Missouri in 2022. According to the National Integrated Ballistic Information Network (NIBIN), the firearm is linked to shell casings from an aggravated assault in Kansas City, Missouri, from June 6th, 2022.

- A Polymer80, Model PF94OC, 9mm caliber handgun without a serial number. According to NIBIN, the firearm is linked to shell casings from aggravated assaults from June 3, 2021, and August 1, 2021, in Kansas City and Independence, Missouri, respectively.

- A Glock, Model 35, .40 caliber handgun, bearing serial number FEL946. According to NIBIN, the firearm is linked to shell casings from an aggravated assault from February 12, 2023, in Kansas City, Missouri. This firearm was equipped with a Glock "switch." A subsequent test of this firearm revealed that it discharged multiple cartridges with a single pull of the trigger, making it a fully automatic handgun.

14. On April 21, 2023, a Forensic Specialist with KCMOPD tested the recovered pills utilizing the MX908 machine which yielded a positive result for the presence of fentanyl, a Schedule II controlled substance. There were (74) pills in total inside the clear baggie – a distribution amount of the substance.

15. In addition to the fentanyl pills and the firearms recovered from the suspect vehicle, the search also revealed live Tulammo 7.62 live ammunition which bore the same headstamp at the homicide scene, other gun components, a loaded rifle magazine, an unloaded rifle magazine, a box of FC rifle rounds and clothing which was similar in appearance to the clothing worn by the suspects during the homicide that occurred at West 40th and Washington Avenue in Kansas City, Western District of Missouri.

16. The aforementioned events all occurred within the City of Kansas City, County of Jackson, State of Missouri, which is within the Western District of Missouri. These events give rise to probable cause that this subject is in violation of various federal laws, including, but not limited to, Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), that is possession of a controlled substance with intent to distribute, Title 18, United States Code, Section 924(c), that is, carrying a firearm in relation to a drug trafficking crime, and Title 18, United States Code, Section 922(o), that is, possession of a machine gun.

**FURTHER AFFIANT SAYETH NAUGHT.**

*Robert Evans*
_____
ROBERT S. EVANS
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me **Telephonically**

this ___28th___ day of April, 2023.

_____
HONORABLE JILL A. MORRIS
United States Magistrate Judge
Western District of Missouri

